UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BERG, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, ALAN WEINSTEIN, RAJ RAI, FRESENIUS KABI AG, and QUERCUS ACQUISITION, INC.,<br><br>          Defendants. | 3:17-cv-00350-BAJ-RLB |
| JORGE ALCAREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>AKORN, INC., KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, JOHN N. KAPOOR, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>          Defendants. | 3:17-cv-00359-BAJ-RLB |

| | |
|---|---|
| SHAUN A. HOUSE, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>                              Defendants. | 3:17-cv-00367-BAJ-EWD |
| SEAN HARRIS, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>AKORN, INC., JOHN N. KAPOOR, RONALD M. JOHNSON, STEVEN J. MEYER, BRIAN TAMBI, ALAN WEINSTEIN, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, and TERRY A. RAPPUHN,<br><br>                              Defendants. | 3:17-cv-00373-JWD-RLB |

**DECLARATION OF ALEXANDER N. BRECKINRIDGE, V IN SUPPORT OF AKORN DEFENDANTS' EXPEDITED MOTION FOR CHANGE OF VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Alexander N. Breckinridge, V, hereby declare:

1.      I am admitted to the Bar of Louisiana and am a partner at the law firm Jones Walker LLP, attorneys for Adrienne L. Graves, Alan Weinstein, Brian Tambi, John N. Kapoor, Kenneth S. Abramowitz, Raj Rai, Ronald M. Johnson, Steven J. Meyer and Terry A. Rappuhn (the "Akorn Individual Defendants") and Akorn, Inc. ("Akorn", and together with the Akorn Individual Defendants, the "Akorn Defendants") in the

above-captioned actions. I submit this declaration in support of the expedited motion of Akorn Defendants for change of venue of the above-captioned actions.

2. Attached as Exhibit A is a true and correct copy of an excerpt of Akorn's Form 8-K Current Report and Exhibit 3.1 attached thereto, filed with the Securities and Exchange Commission, dated April 24, 2017.

3. Attached as Exhibit B is a true and correct copy of the complaint filed in *Shannon v. Fresenius Kabi AG, et al.*, No. 2017-CH-06322 (Chancery Division of the Circuit Court of Cook County, Ill.), dated May 2, 2017.

4. Attached as Exhibit C is a true and correct copy of the complaint filed in *Ochoa v. Kapoor, et al.*, No. 2017-CH-06928 (Chancery Division the Circuit Court of Cook County, Ill.), dated May 16, 2017.

5. Attached as Exhibit D is a true and correct copy of the complaint filed in *Carlyle v. Akorn, Inc., et al.*, No. 2017-cv-04455 (N.D. Ill.), dated June 13, 2017.

6. Attached as Exhibit E is a true and correct copy of Akorn's Definitive Proxy filed on Schedule 14A with the Securities and Exchange Commission, dated June 15, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 15th day of June 2017, in New Orleans, Louisiana.

_____
Alexander N. Breckenridge, V