UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BERG | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00350-BAJ-RLB |
| | |
| JORGE ALCAREZ | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00359-BAJ-RLB |
| | |
| SHAUN A. HOUSE | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00367-BAJ-EWD |
| | |
| SEAN HARRIS | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00373-BAJ-RLB |
| | |
| ROBERT CARLYLE | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00389-BAJ-RLB |
| | |
| DEMETRIOS PULLOS | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00395-BAJ-RLB |

ORDER TRANSFERING ACTIONS TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Pursuant to the Court's Ruling and Order (17-cv-00350-BAJ-RLB, Doc. 40) on the Akorn Defendants' Expedited Motion for Change of Venue Pursuant to 28 U.S.C. § 1404(a) (17-cv-00350-BAJ-RLB, Doc. 6),

**IT IS ORDERED** that the following actions shall be **TRANSFERRED** to the United States District Court for the Northern District of Illinois:

| | |
|---|---|
| 17-cv-00350-BAJ-RLB | *Robert Berg v. Akorn, Inc. et al.* |
| 17-cv-00359-BAJ-RLB | *Jorge Alcarez v. Akorn, Inc., et al.* |
| 17-cv-00367-BAJ-EWD | *Shaun A. House v. Akorn, Inc. et al.* |
| 17-cv-00373-BAJ-RLB | *Sean Harris v. Akorn, Inc., et al.* |
| 17-cv-00389-BAJ-RLB | *Robert Carlyle v. Akorn, Inc., et al.* |
| 17-cv-00395-BAJ-RLB | *Demetrios Pullos v. Akorn, Inc., et al.* |

Baton Rouge, Louisiana, this 5th day of July, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**